IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES LUEDTKE,

    Petitioner,

v.

M. MARSKE,

    Respondent.

ORDER

Case No. 22-cv-158-jdp

Petitioner James Luedtke seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 13, 2022. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 23, 2021 through the date of the petition, March 23, 2022.

ORDER

IT IS ORDERED that:

1. Petitioner James Luedtke may have until April 13, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 13, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 23rd day of March, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge