IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES LUEDTKE,

    Petitioner,

v.

R.D. KEYES,[1]

    Respondent.

ORDER

Case No. 22-cv-158-jdp

---

On March 23, 2022, the court entered an order giving petitioner James Luedtke until April 13, 2022, to submit either the $5 filing fee or a motion for leave to proceed without prepayment of the filing fee supported by a certified copy of petitioner's prison account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the petition in support of a request to proceed without prepayment of the filing fee.

Now petitioner has filed a motion for order, in which he requests the court unfreeze his account to pay the $5 filing fee because he states that his account is frozen. Petitioner does not submit any evidence to show that he has attempted to obtain the $5 filing fee. Accordingly, I will give plaintiff a deadline to provide the $5 filing fee, or if petitioner cannot afford to pay the $5 filing fee, submit a motion for leave to proceed without prepayment of the filing fee with a recent six-month account statement.

ORDER

IT IS ORDERED that:

1. Petitioner James Luedtke's motion for order, is DENIED without prejudice.

---

[1] I have amended the case caption to replace M. Marske with R. D. Keyes, the current warden of Oxford Federal Correctional Institution.

1

2. Petitioner may have until May 16, 2022, to pay the $5 filing fee, or submit a properly supported motion for leave to proceed without prepayment of the filing fee or show cause for failure to do so.

Entered this 21st day of April, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge